**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JAMES L. BURNETT,

Petitioner,

Civil No.00-1595 (JMR/AJB)

v.

**ORDER**

SHERYL RAMSTAD HVASS,
Commissioner of Corrections,
CONNIE ROEHRICH, Warden, and
MICHAEL HATCH, Attorney General,

Respondents.

Petitioner has filed a petition for writ of habeas corpus asserting that he is being unlawfully incarcerated at the Minnesota Correctional Facility, Faribault, Minnesota.

Respondents are directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true cause of Petitioner's detention and shall further show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondents' legal position and recommendation as to the need for this court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of pertinent statutes and other legal authority;



FILED JUL 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. Certified copies of all trial court records, state appellate proceedings, prison records and other documents that may be material to the issues raised by the petition.

Respondents' return should specifically address the issue of whether the adjudication of Petitioner's claim(s) by the Minnesota state courts --

> "(1) resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States; or
>
> (2) resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding."

28 U.S.C. § 2254 (d). See also Williams v. Taylor, 120 S.Ct. 1495 (2000).

The Court will entertain a motion to grant the relief requested in the petition if the return required by this Order is not timely filed.

**IT IS FURTHER ORDERED THAT** upon filing of this Order and the return to be submitted by Respondents, the parties shall await the further order of this Court.

Dated: 7/18/00

Arthur J. Boylan
United States Magistrate Judge