UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JAMES L. BURNETT,

Petitioner,

Vs.

SHERYL RAMSTAD HVASS,
Commissioner of Corrections,
CONNIE ROEHRICH, Warden and
MICHAEL HATCH, Attorney General,

Respondents.

Civil No. 00-1595 (JMR/AJB)

ORDER

---

Upon the Petition of the Brown County Attorney, the Court does hereby extend the time within which Respondent's must respond to Petitioner's Writ of Habeas Corpus, in the manner described in this Court's Order entered and filed on July 18, 2000, to the 1st day of September, 2000.

Dated: August 21st, 2000

______________________

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________