**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James L. Burnett, Civil No. 00-1595 JMR/AJB

Petitioner,

v.

**ORDER DIRECTING RESPONDENT TO SUPPLEMENT RETURN**

Sheryl Ramstad Hvass, et al.,

Respondents.

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Faribault, Minnesota. Respondent was previously directed to make a return which was to include written argument, along with appropriate affidavits and exhibits, specifically addressing the issue of whether the adjudication of petitioner's claims by the Minnesota state courts:

> "resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States;"

28 U.S.C. § 2254 (d)(1). See also Williams v. Taylor, 120 S.Ct. 1495 (2000). Respondent has submitted a return which includes the trial transcript, the Minnesota Attorney General's appellate brief to the Minnesota Court of Appeals, the unpublished opinion of the Minnesota Court of Appeals, and the Minnesota Attorney General's Response in Opposition to Petition for Discretionary Review by the Minnesota Supreme Court. Respondent further submits an affidavit which merely asserts that the above-described documents establish the lawfulness of the defendant's incarceration.



FILED SEP 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Upon review of the respondent's submissions and, in particular, the written arguments of the Attorney General's Office and the opinion of the Minnesota Court of Appeals, the Court finds that the respondent has not provided documents necessary for this Court's proper and complete review and hereby directs the respondent to make an additional return which shall include written argument and supporting exhibits necessary to permit this Court to determine:

1. Whether petitioner has exhausted all his state court remedies with respect to any claim that his incarceration is in violation of Federal law;

2. whether petitioner has procedurally defaulted on claims asserted in this action; and

3. whether the adjudication of petitioner's claim by the Minnesota state courts resulted in a decision that was contrary to, or involved an unreasonable application of clearly established Federal law.

Along with a reasoned memorandum, respondent's return shall include a copy of defendant's written argument submitted in state court appellate proceedings. Respondent shall file the required materials with the Court on or before October 2, 2000.

**IT IS FURTHER ORDERED THAT** upon filing of this Order and documents to be submitted by respondent, petitioner shall await the further order of this Court.

Dated: 9/13/00

Arthur J. Boylan
United States Magistrate Judge