**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James L. Burnett, Civil No. 00-1595 JMR/AJB

Petitioner,

v.

**ORDER EXTENDING TIME TO SUPPLEMENT RETURN**

Sheryl Ramstad Hvass, et al.,

Respondents.

Based upon the respondent's request for an extension of time in which to respond to the Petition as directed pursuant to the Court's Order dated September 13, 2000, and upon the Court's determination that good cause has been shown for granting the requested time extension, **IT IS HEREBY ORDERED** that respondents shall have until October 13, 2000, to file a supplemental return as previously directed and in accordance with the particulars of the September 13, 2000, Order.

Dated: 10/2/00

Arthur J. Boylan
United States Magistrate Judge

FILED OCT 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______