UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1595(JMR/AJB)

| | | |
|---|---|---|
| James Lee Burnett | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Sheryl Ramstad Hvass, Connie Rochrich, Michael Hatch | ) | |

Petitioner objects to the Report and Recommendation, issued December 12, 2000, by the Honorable Arthur J. Boylan, United States Magistrate Judge. Petitioner's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, and in light of petitioner's lack of opportunity to respond to the issues raised in respondents' memorandum of law, this Court grants petitioner 20 days in which to supplement the record by replying to the issues raised in respondents' brief. Accordingly, this matter is remanded to the Magistrate for reconsideration after petitioner's further submissions.

IT IS SO ORDERED.

Dated: February 23rd, 2001

JAMES M. ROSENBAUM
United States District Judge

FEB 27 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK