UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1595(JMR/AJB)

James Lee Burnett )
)
v. ) ORDER
)
Sheryl Ramstad Hvass, Connie )
Roehrich, and Michael Hatch )

Petitioner objects to the Report and Recommendation, issued April 13, 2001, by the Honorable Arthur J. Boylan, United States Magistrate Judge. Petitioner's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Petitioner's writ of habeas corpus is denied. [Docket #1].

2. Petitioner's action is dismissed with prejudice.

Dated: July 2nd, 2001

JAMES M. ROSENBAUM
United States District Judge

RICHARD D. SLETTEN, CLERK
JUL 9 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS