# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Lee Burnett

Plaintiff

v.

Sheryl Ramstad Hvass,
Connie Roehrich and Michael Hatch

Defendants

Case No. Civil 00-1595 JMR/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's writ of habeas corpus is denied. Petitioner's action is dismissed with prejudice.

DATE: July 9, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk